# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Kenneth Paul Wagner  
        Debtor(s)

BKY. NO. 15-03589 RNO

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9862

                                        Respectfully submitted,

                                        **/s/ Thomas Puleo**  
                                        Thomas Puleo, Esquire  
                                        James C. Warmbrodt, Esquire  
                                        KML Law Group, P.C.  
                                        701 Market Street, Suite 5000  
                                        Philadelphia, PA 19106-1532  
                                        (215) 825-6306  FAX (215) 825-6406  
                                        Attorney for Movant/Applicant