Rev. 12/01/17

## LOCAL BANKRUPTCY FORM 3015-2(a)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
KENNETH PAUL WAGNER : CHAPTER 13
:
: CASE NO. 1 - 15 -bk- 03589-RNO
:
:
Debtor(s) :

### CERTIFICATION REGARDING SERVICE OF AMENDED CHAPTER 13 PLAN
(Altering Treatment of Claims)

The undersigned, counsel for the above-captioned Debtor(s), hereby certifies that the Fourth Amended Chapter 13 Plan filed on 3/6/2019 proposes to alter the treatment of the claims of the following creditors included in the confirmed Chapter 13 Plan:

M&T Bank

I further certify that notice of the filing of the Fourth Amended Chapter 13 Plan has been served on the above listed creditors and the Chapter 13 trustee, as evidenced by the attached certificate of service, and that no other party, other than the creditors listed above, will be affected by the provisions of the Fourth Amended Chapter 13 Plan.

I further certify that the Fourth Amended Chapter 13 Plan seeks a determination of the amount of a claim in favor of not applicable , and that service of the Fourth Amended Chapter 13 Plan has been made upon same in accordance with Rule 3012(b).

/s/John W. Frey, Esquire
Counsel for Debtor(s)

Dated: 3/6/2019