IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: KENNETH PAUL WAGNER, : Chapter 13
:
Debtor : Case No. 1:15-bk-03589

NOTICE OF CHANGE OF ADDRESS

Please be advised that the address of the Debtor in the above-captioned matter has changed, effective immediately. The Debtor's new address is as follows:

Kenneth P. Wagner
700 Salem Road, Lot 75
Etters, PA 17319

Respectfully submitted,

Date: October 31, 2019

_____
John W. Frey, Attorney for Debtor
Dick, Stein, Schemel, Wine & Frey, LLP
119 East Baltimore Street
Greencastle, Pennsylvania 17225
P: (717) 597-0200    F: (717) 597-2542
john@dsslawyers.com    PA Bar No. 45450