Check No. 1222321

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM.  *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 15-01375-HWV | 009-1 | ANDREW TODD HOFFMAN<br>Original Check written to:<br>RAYMOND T CASE<br>18 LAKE KISSIMMEE MHP<br>LAKE WALES, FL 33898- | 6930 | 7,971.64 | 156.91 | 0.00 | 156.91 |
| 15-02351-HWV | 004-0 | STEVEN L. ARTER<br>Original Check written to:<br>NORTHERN LEASING SYSTEM, INC<br>525 WASHINGTON BOULEVARD, 15TH FLOOR<br>JERSEY CITY, NJ 07310- | | 661.94 | 33.45 | 0.00 | 33.45 |
| 15-02351-HWV | 005-0 | STEVEN L. ARTER<br>Original Check written to:<br>NORTHERN LEASING SYSTEM, INC<br>525 WASHINGTON BOULEVARD, 15TH FLOOR<br>JERSEY CITY, NJ 07310- | 1023 | 3,014.69 | 89.64 | 0.00 | 89.64 |
| 15-03589-RNO | 015-0 | KENNETH PAUL WAGNER<br>Original Check written to:<br>MRS BPO LLC<br>1930 OLNEY AVE<br>CHERRY HILL, NJ 08003- | | 14,415.30 | 2,817.70 | 0.00 | 2,817.70 |
| 15-04791-HWV | 018-0 | JON ROBERT SIENNICK<br>Original Check written to:<br>ARCADIA RECOVERY BUREAU<br>PO BOX 6768<br>WYOMISSING, PA 19610- | 4952 | 222.77 | 29.35 | 0.00 | 29.35 |
| 15-05495-RNO | 001-0 | MARY ALICE SCHIRG<br>Original Check written to:<br>NET FEDERAL CREDIT UNION<br>119 MULBERRY ST<br>SCRANTON, PA 18503- | 5706 | 1,578.13 | 44.87 | 0.00 | 44.87 |