United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Kenneth Paul Wagner  
    Debtor(s)

Case No. 15-03589-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Oct 19, 2020      Form ID: 3180W      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth Paul Wagner, 700 Salem Road Lot 75, Etters, PA 17319-9306 |
| cr | + | Township of Antrim, 10655 Antrim Church Road, PO Box 130; ATTN Rose Knable, Greencastle, PA 17225-0130 |
| 4686249 | + | Aes/Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 4686251 | + | Carrie A. Brown, Esquire, Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 4686252 | + | Chambersburg Hospital, 760 East Washington Street, Chambersburg, PA 17201-2751 |
| 4686253 | + | Franklin County Tax Claim Bureau, Franklin County Courthouse, 2 North Main Street, Chambersburg, PA 17201-1811 |
| 4686255 | + | Mary M. Wagner, 5810 Taneytown Pike, Taneytown, MD 21787-1933 |
| 4686256 | + | Michael F. Ratchford, Esquire, Edwin A. Abramson & Associates, PC, 120 North Keyser Avenue, Scranton, PA 18504-9701 |
| 4686257 | + | Momentum Services, LLC, 50 Parkwood Drive, Chambersburg, PA 17201-4501 |
| 4686258 | + | Mrs Bpo Llc, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 4689349 | + | National Collegiate Student Loan Trust 2006-3, Po Box 4275, Norcross, GA 30091-4275 |
| 4689348 | + | National Collegiate Student Loan Trust 2007-3, Po Box 4275, Norcross, GA 30091-4275 |
| 4689350 | + | National Collegiate Student Loan Trust 2007-4, Po Box 4275, Norcross, GA 30091-4275 |
| 4730632 | | PENN STATE UNIVERSITY, 108 SHIELDS BUILDING, UNIVERSITY PARK, PA 16802-1201 |
| 4702382 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 4686262 | | Pa St Cu, 1 Credit Union Place, Harrisburg, PA 17110-2912 |
| 4686263 | + | Pa Sta Empcu, P.O. Box 1006, Harrisburg, PA 17108-1006 |
| 4686264 | | Penn State, 308 Shields Bldg, University Par, PA 16802 |
| 4686267 | + | Township of Antrim, Attn Rose Knable, 10655 Antrim Church Road, PO Box 130, Greencastle, PA 17225-0130 |
| 4686268 | + | U S Dept Of Education, 400 Maryland Ave SW, Washington, DC 20202-0008 |
| 4686270 | + | Waynesboro Hospital, 501 East Main Street, Waynesboro, PA 17268-2394 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4686250 | | EDI: BANKAMER.COM | Oct 19 2020 22:53:00 | Bk Of Amer, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 4717718 | | EDI: ECMC.COM | Oct 19 2020 22:53:00 | ECMC, PO BOX 16408, ST. PAUL MN 55116-0408 |
| 4731609 | | EDI: JEFFERSONCAP.COM | Oct 19 2020 22:53:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 4686254 | | Email/Text: camanagement@mtb.com | Oct 19 2020 18:52:00 | M & T Bank, Po Box 7678, Buffalo, NY 14240 |
| 4726114 | | Email/Text: camanagement@mtb.com | Oct 19 2020 18:52:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 4686259 | + | Email/Text: Bankruptcies@nragroup.com | Oct 19 2020 18:52:00 | National Recovery Agen, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 4686260 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 19 2020 18:52:00 | Nco Financial Systems, Po Box 15943, Wilmington, DE 19850-5943 |
| 4686261 | + | Email/Text: bankruptcynotices@psecu.com | Oct 19 2020 18:52:00 | P S E C U, 1500 Elmerton Ave, Harrisburg, PA |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 4733445 | | EDI: PRA.COM | Oct 19 2020 22:53:00 | 17110-2990<br>Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4697948 | + | Email/Text: bankruptcynotices@psecu.com | Oct 19 2020 18:52:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 4686265 | + | EDI: PRA.COM | Oct 19 2020 22:53:00 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 4686269 | + | EDI: VERIZONCOMB.COM | Oct 19 2020 22:53:00 | Verizon Wireless, 1 Verizon Pl, Alpharetta, GA 30004-8510 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4686266 | ##+ | Sherry Bancroft, 73 Trinidad Avenue, Hershey, PA 17033-1386 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| ECMC | djwilcoxson@ecmc.org |
| John W Frey | on behalf of Debtor 1 Kenneth Paul Wagner john@dsslawyers.com emmalee@dsslawyers.com |
| Joshua I Goldman | on behalf of Creditor M&T BANK josh.goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com |
| Melissa L. Van Eck | on behalf of Creditor Township of Antrim mvaneck@attorneygeneral.gov ARC-CourtMiddleDistrict@attorneygeneral.gov |
| Thomas I Puleo | on behalf of Creditor M&T BANK tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| **Information to identify the case:** | |
|---|---|
| Debtor 1   **Kenneth Paul Wagner** <br>           First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5408 <br> EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2 <br> (Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   \_ \_ \_ \_ <br> EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court   Middle District of Pennsylvania | |
| Case number:   1:15–bk–03589–RNO | |

# Order of Discharge     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Kenneth Paul Wagner

<u>10/19/20</u>                               **By the court:** <u>Robert N. Opel II</u>
                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

     ♦ debts that are domestic support obligations;

     ♦ debts for most student loans;

     ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**